

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-89,320-01

## EX PARTE JESUS RIVERA, Applicant

## ON APPLICATION FOR A WRIT OF HABEAS CORPUS
## CAUSE NO. 2013-CR-1573-W1 IN THE 144TH DISTRICT COURT
## FROM BEXAR COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this amended application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of the offense of murder and sentenced to imprisonment for sixty-six years. The Thirteenth Court of Appeals affirmed his conviction. *Rivera v. State*, No. 13-15-00145-CR (Tex. App.—Corpus Christi-Edinburg Dec. 1, 2016) (not designated for publication).

This Court remanded the application to the trial court for findings of fact and conclusions of law regarding Applicant's claims. The trial court signed findings of fact and conclusions of law that were based on the trial and writ records. The trial court recommended that relief be denied.

Based on the trial court's findings of fact and conclusions, as well as this Court's independent review of the entire record, we deny relief.


Filed: October 2, 2019
Do not publish